

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KCB:AMR
F. #2022R00940

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 3, 2024

**To Be Filed Under Seal**

<u>By ECF</u>

The Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   <u>United States v. Terrence Wise</u>
               <u>Docket No. 23-CR-9 (DG)</u>

Dear Judge Henry:

      The government submits this letter in response to the Court's May 2, 2024 order directing the Metropolitan Detention Center ("MDC") to provide an update regarding the defendant's medical treatment by May 3, 2024 at 5:00 p.m.

      A representative of MDC has provided the government with the following summary, which is quoted below:

> On November 7, 2023, Mr. Wise had a chest X-ray done and no mass was noted at that time. On February 29, 2024, Mr. Wise went out to the Brooklyn Hospital Center (TBHC) for a CT scan because of a 7-mm calcified nodule in the right lung. MDC Brooklyn did not receive the results until March 11, 2024. The CT scan shows a 3.6 x 2.3 x 3.6 cm mass. The results were somehow missed by the health services department, and the delay was unfortunate. Health Services Department generally respond to sick calls within 2 weeks. The March 11th sick call was missed but the sick calls received thereafter were responded to on April 26, 2024.
>
> On April 29, 2024, MDC Brooklyn's Clinical Director, Dr. Bruce Bialor, submitted an emergency consult and had Mr. Wise admitted to the hospital or further urgent workup including biopsy. On April 30, 2024, Dr. Bialor learned from the Resident, Dr. Haggiaigi, that

   Mr. Wise's mass has grown to 6 cm. Mr. Wise most likely has cancer, and Dr. Bialor requested both metastatic workup and Oncology Consultation after the biopsy is done.

   Should the Court wish to discuss this matter in detail or require additional specific information, MDC Brooklyn would be happy to provide.

  Representatives of MDC have also informed the government that the defendant will have additional tests to determine whether any cancer has spread to other parts of his body, including scans of his head, abdomen, pelvis, and bones, and that he will be seen by an oncologist before being discharged from the hospital.

  Because this letter discusses the defendant's personal medical information, the government respectfully requests that it be filed under seal.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

      By:  /s/ Andrew M. Roddin
          Andrew M. Roddin
          Assistant U.S. Attorney
          (718) 254-6455

cc:  Clerk of Court (DG)
    Magistrate Clerks
    Mia Eisner-Grynberg, Esq.