**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

July 29, 2024

**Via Email and ECF**
The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **United States v. Terrence Wise, 23-CR-9 (DG)**

Dear Judge Gujarati,

    I write, with the consent of AUSA Andrew Roddin, to respectfully move to continue sentencing in the above-captioned case for approximately two months, to an early November 2024 date. Sentencing is currently scheduled for August 29, 2024. All the information below is in the public record and disclosed with the express permission of Terrence Wise.

    Mr. Wise is in the middle of a concomitant course of chemotherapy and radiation to treat lung cancer. This round of treatment is expected to conclude on approximately August 26, 2024. Then, approximately four-to-six weeks later, Mr. Wise will undergo thoracic surgery to remove the tumor from his lung. If his treatment continues to proceed according to plan, he should finish chemotherapy, radiation, and surgery by mid-October. So that Mr. Wise may complete his urgent cancer treatment, and so that we may have an opportunity to prepare for sentencing when he is not depleted by his treatment, we respectfully request a two-month adjournment of sentencing. This is our second request for an adjournment, both upon the consent of the government.

    Thank you for your consideration.

Respectfully Submitted,

/s/

Mia Eisner-Grynberg
Staff Attorney
(718) 330-1257

cc: AUSA Andrew Roddin (by ECF and email)