**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

*Tamara L. Giwa*
*Executive Director*

*Michelle A. Gelernt*
*Attorney-in-Charge*

October 15, 2024

<u>**Via Email and ECF**</u>
The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    <u>**United States v. Terrence Wise, 23-CR-9 (DG)**</u>

Dear Judge Gujarati,

    I write, with the consent of AUSA Andrew Roddin, to respectfully move to continue sentencing in the above-captioned case for approximately two months, to an early January 2025 date. Sentencing is currently scheduled for November 8, 2024. All the information below is in the public record and disclosed with the express permission of Terrence Wise.

    Mr. Wise underwent thoracic surgery to remove his cancerous tumor from his lung on September 24, 2024. Initial pathology revealed that the cancer had also spread to one lymph node, which was removed. Mr. Wise remains at the hospital today, three weeks later, and his discharge date is unknown. So that we may have an opportunity to prepare for sentencing when he has recovered, we respectfully request a two-month adjournment of sentencing. This is our third request for an adjournment, both upon the consent of the government.

    Thank you for your consideration.

                                                           Respectfully Submitted,

                                                           /s/
                                                    Mia Eisner-Grynberg
                                                   Staff Attorney
                                                   (718) 330-1257

cc:    AUSA Andrew Roddin (by ECF and email)