**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director*

Michelle A. Gelernt
*Attorney-in-Charge*

November 25, 2025

**Via ECF and Email**
The Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **United States v. Terrence Wise, 23-CR-9 (DG)**

Your Honor:

With great sadness, I write to advise the Court of Mr. Wise's death in custody at FMC Butner on November 2, 2025. Mr. Wise arrived at the medical facility on April 8, 2025. Per the enclosed death certificate, his cause of death was Stage IIB Non Small Cell Lung Adenocarcinoma.

Accordingly, we move to vacate the three-year term of supervised release imposed by this Court. Thank you for your consideration.

Respectfully submitted,

/s/
Mia Eisner-Grynberg, Esq.
Deputy Attorney-in-Charge
Eastern District of New York
(718) 330-1257

cc:   AUSA Andrew Roddin (by email and ECF)
      United States Probation Officer Nicole Gervase (by email)