NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

STATE FILE NO. _____

| | | |
|---|---|---|
| **DECEDENT** TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK | **DECEDENT'S LEGAL NAME** | |

| 1a. FIRST | 1b. MIDDLE | 1c. LAST | 1d. SUFFIX | 1e. LAST NAME PRIOR TO FIRST MARRIAGE |
|---|---|---|---|---|
| Terrence | ***** | Wise | ***** | ***** |
| aka | aka | aka | aka | |

| 2. SEX | 3a. AGE-LAST BIRTHDAY (Yrs) | 3b. UNDER 1 YEAR | | 3c. UNDER 1 DAY | | 4. DATE OF BIRTH | 5. BIRTHPLACE (County/State or Foreign Country) | 6. DATE OF DEATH |
|---|---|---|---|---|---|---|---|---|
| | | Months | Days | Hours | Minutes | | | |
| Male | 56 | | | | | JUL 05, 1969 | Kings, NY | November 02, 2025 |

| 7a. PLACE OF DEATH | 7b. FACILITY NAME (If not institution, give street, number, city or town) |
|---|---|
| Inpatient | Federal Medical Center (Butner) |

| 7c. COUNTY OF DEATH | 8. MARITAL STATUS | 9. SURVIVING SPOUSE (Give name prior to first marriage) |
|---|---|---|
| Granville | Never married | |

| 10a. DECEDENT'S USUAL OCCUPATION | 10b. KIND OF BUSINESS/INDUSTRY | 11. DECEDENT'S SOCIAL SECURITY NUMBER |
|---|---|---|
| Unknown | Unknown | *** ** **** |

| 12a. RESIDENCE–STATE OR FOREIGN COUNTRY | 12b. RESIDENCE–COUNTY | 12c. RESIDENCE–CITY OR TOWN |
|---|---|---|
| New York | Kings | Brooklyn |

| 12d. RESIDENCE–STREET AND NUMBER | 12e. INSIDE CITY LIMITS | 12f. ZIP CODE | 13. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|---|
| 372 Blake Avenue | No | 11212 | No |

| 14. DECEDENT'S EDUCATION | 15. DECEDENT OF HISPANIC ORIGIN? | 16. DECEDENT'S RACE |
|---|---|---|
| High School graduate or GED completed | Not Spanish/Hispanic/Latino | Black or African American |

| **PARENTS** | 17. FATHER/PARENT NAME (First, Middle, Last, Suffix) (Last Name Prior to First Marriage) | 18. MOTHER/PARENT NAME (First, Middle, Last, Suffix) (Last Name Prior to First Marriage) |
|---|---|---|
| | James Wise | Bessie Drake |

| 19a. INFORMANT'S NAME | 19b. RELATIONSHIP TO DECEDENT | 19c. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Tanieka Scott | Daughter | 2250 W 11th Street 15F, Brooklyn, NY 11223 |

| **DISPOSITION** | 20a. METHOD OF DISPOSITION | 20b. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | 20c. LOCATION (City or Town and State) |
|---|---|---|---|
| | Cremation | First Cremation Society | Louisburg, North Carolina |

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NO. | 21c. NAME OF EMBALMER | 21d. LICENSE NO. |
|---|---|---|---|
| Melanie Jordan (Signature on File) | FS3613 | | |

| 22. NAME AND ADDRESS OF FUNERAL HOME |
|---|
| Lancaster Funeral & Cremation Services, LLC, 804 N Bickett Blvd, Louisburg, NC 27549 |

| **MEDICAL CERTIFICATION** | 23. Part I. Enter the chain of events (diseases, injuries or complications) that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology on lines b, c and/or d. Enter only one cause on a line. DO NOT ABBREVIATE. | Approximate interval: Onset to death for IMMEDIATE CAUSE |
|---|---|---|
| | IMMEDIATE CAUSE (Final disease or condition resulting in death) → a. Stage IIB Non Small Cell Lung Adenocarcinoma | Years |
| | Due to (or as a consequence of) | |
| | Sequentially list conditions, if any, leading to the cause listed on line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | b. |
| | Due to (or as a consequence of) | |
| | c. | |
| | Due to (or as a consequence of) | |
| | d. | |

**BURIAL/CREMATION PERMIT**

*Medical Examiner: Authorization to Disposition/Transportation. After the final permit/cremation authorization, it constitutes authority for burial, cremation, transportation or removal from the state. A copy of this form serves as a Burial/Cremation Permit.*

| PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | 24a. WAS AN AUTOPSY PERFORMED? | 24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|
| | No | |

| 25. MANNER OF DEATH | 26. WAS CASE REFERRED TO MEDICAL EXAMINER? | 27. TIME OF DEATH (Approximate) | 28. DID TOBACCO USE CONTRIBUTE TO DEATH? | 29. PREGNANCY STATUS, IF APPLIES: |
|---|---|---|---|---|
| Natural | Yes | 1205 | Unknown | Not Applicable |

| **MEDICAL EXAMINER ONLY** | 30. DATE PRONOUNCED | 31a. DATE OF INJURY | 31b. TIME OF INJURY | 31c. INJURY AT WORK? | 31d. PLACE OF INJURY | 31e. IF TRANSPORTATION INJURY SPECIFY: |
|---|---|---|---|---|---|---|
| | 11/02/2025 | | | | | |

| 31f. DESCRIBE HOW INJURY OCCURRED | 31g. LOCATION OF INJURY (Street/Number/City/State) |
|---|---|
| | |

| **CERTIFIER** | 32. CERTIFIER |
|---|---|
| | I certify that, to the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner stated. |

| 33a. SIGNATURE AND TITLE OF CERTIFIER | 33b. LICENSE NO. | 33c. DATE SIGNED |
|---|---|---|
| Christopher Neil Milton, ME (Signature Authenticated) | **** | 11/05/2025 |

| 33d. NAME AND ADDRESS OF CERTIFIER | 34. CASE ID NUMBER |
|---|---|
| Christopher Neil Milton, 74 Dickie Drive, Henderson, NC 27537 | 12080414 |

| **REGISTRAR** | 35. SIGNATURE OF LOCAL REGISTRAR | 36. LOCAL FILE DATE | 37. DATE REGISTERED BY STATE |
|---|---|---|---|
| | | | |

| ITEM(S) AND DATE(S) CORRECTED/AMENDED |
|---|
| |

DHHS 1872
(REVISED 03/04/2019)
N.C. VITAL RECORDS

WORKING COPY